IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL ANDERSON**
  **Plaintiff,**

vs.                **CASE NO. 5:04CV44-SPM/AK**

**OFFICER MCCALPIN, et al,**

  **Defendants.**

_____/

## O R D E R

  Plaintiff, an inmate proceeding *pro se*, has filed a complaint alleging retaliation by the Defendants. (Doc. 1). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the amended complaint should be directed.

  At this point, Plaintiff must submit service copies of the complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named six (6) Defendants in

this action, Plaintiff must provide the Court with six additional copies of the complaint that are identical to the complaint, doc. 1, filed with the Court.

Accordingly, it is

**ORDERED**:

1. Plaintiff shall have until **August 26, 2005**, to provide the Court with six (6) identical copies of his complaint for service on the Defendants.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this 27th day of July, 2005.

      s/A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:02cv328-SPM