IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL ANDERSON,**

    **Plaintiff,**

v.                                         **CASE NO. 5:04-cv-00044-SPM-AK**

**MCCALPIN, et al,**

    **Defendants.**

_____/

## O R D E R

    This matter is before the Court upon the filing of a Response by the Department of Corrections. (Doc. 29). In that response, the Department addresses several service problems raised in the Court's previous Order (doc. 25) and provided the addresses for service of process for three defendants: John McAlpin, Charles Halley, and Susan Tyus. Plaintiff was also directed to provide the full name of the Assistant Warden, which he has not done. In its response, General Counsel for DOC indicates that the Defendants will be represented by present counsel, Wendy Benner-Leon, who has made an appearance on behalf of the other defendants named in this lawsuit, and that she has been provided with the information set forth in the response.

    Accordingly, it is

    **ORDERED:**

    1. Plaintiff was directed to provide the full name of the Assistant Warden at Apalachee Correctional Institution on or before April 21, 2006 or it would be recommended that the claims against him be dismissed from this lawsuit. Plaintiff has not responded to the Order and it will be recommended by separate Report and

Recommendation that these claims be dismissed.

    2. Counsel for Officers Moats and Bennett shall advise the Court on or before **June 15, 2006**, if she will enter an appearance on behalf of Defendants McAlpin, Halley and Tyus or if service upon them will be required. If she waives service and enters an appearance on their behalf, they will be entitled to file a special report in the same manner as Moats and Bennett and **all** the Defendants will be granted through **August 18, 2006**, to file a special report as set forth in the Court's previous Order. (See Doc. 15).

    **DONE AND ORDERED** this *31st* day of May, 2006


**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:04-cv-00044-SPM-AK*