# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**MICHAEL ANDERSON,**

    Plaintiff,

v.                        **CASE NO. 5:04-cv-00044-SPM-AK**

**MCCALPIN,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

By Order dated April 4, 2006, Plaintiff was directed to provide the Court with the name of the Assistant Warden, whom he had named as a John Doe Defendant, and that he should provide the Court with this information on or before April 21, 2006. (Doc. 25). Plaintiff was warned that if he failed to provide this information, it would be recommended that this defendant, and the claims against him be dismissed. As of this date, Plaintiff has failed to provide the name of this Defendant and he is therefore deemed to have abandoned these claims.

In light of the foregoing, it is respectfully **RECOMMENDED** that the John Doe defendant, Assistant Warden, be **DISMISSED**.

**IN CHAMBERS** at Gainesville, Florida, this **20th** day of December, 2006.

                                    **s/ A. KORNBLUM**
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**