IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL ANDERSON,**

    **Plaintiff,**

**vs.**                                    **CASE NO. 5:04CV44-SPM/AK**

**CAPTAIN MCCALPIN, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for Discovery. (Doc. 45). By Order dated December 20, 2006, Plaintiff was advised that he must respond to the pending motion for summary judgment and file any motions for discovery on or before February 22, 2007. (Doc. 35). He filed a motion to extend the time to respond sixty days because he had been released and needed time to adjust to his new life. (Doc. 42). The Court granted this motion for good cause shown (doc. 42) and allowed Plaintiff through May 1, 2007, to respond to the pending motion for summary judgment. (Doc. 44). This extension of time was not intended to give Plaintiff sixty *more* days to decide whether or not he needs discovery. He was to file a response with any attached evidentiary material by this date. This necessarily meant that if he intended to engage in discovery he needed to file the motions for discovery early on in the extended period.

Further, the Court has reviewed the proposed discovery and is not convinced that any of it is relevant or necessary.  Defendants have provided a number of documents with their special report which show that Plaintiff was in administrative confinement and Defendants have explained why Plaintiff was in confinement so his Request Nos. 1 and 3, insofar as they may be different from what has already been provided by Defendants, are unnecessary.  What other inmates were in confinement during the same time period and their reports of confinement (No. 2) are not relevant to this cause, and the Court will absolutely not order that the personnel files of the Defendants be produced to Plaintiff (No. 6).  Plaintiff has also not explained the purpose of the gate logs (No. 4) or his medical log (No. 5), but above all he has failed to provide any cause for his delay at least since the extension of time granted through May 1, 2007.  Consequently, the motion for discovery (doc. 45) is **DENIED**, and Plaintiff shall respond to the motion for summary judgment on or before **May 21, 2007.**  No further extensions will be granted.

**DONE AND ORDERED** this *9th* day of May, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:04CV44-SPM/AK**